# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: APPEAL OF JENNERSVILLE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 1015 WEST BALTIMORE PIKE, PENN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA | : : : : : : : : : : | No. 262 MAL 2023 <br><br> Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: JENNERSVILLE HOSPITAL, LLC | : : | |
| IN RE: APPEAL OF JENNERSVILLE HOSPITAL, LLC FROM THE DECISION OF THE CHESTER COUNTY BOARD OF ASSESSMENT APPEALS FOR PROPERTY LOCATED AT 1015 WEST BALTIMORE PIKE, PENN TOWNSHIP, CHESTER COUNTY, PENNSYLVANIA | : : : : : : : : : : | No. 263 MAL 2023 <br><br> Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: JENNERSVILLE HOSPITAL, LLC | : : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal and the Application for Leave to File Amicus Brief are **DENIED**.